IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, CARPENTERS FRINGE BENEFIT FUNDS, and CARPENTERS LOCAL #183, <br><br> Plaintiffs, <br><br> v. <br><br> STRUCTURAL CONCRETE RESTORATION, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 06-3015 |

## **OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This is before the Court on Plaintiffs' Motion for Default Judgment (d/e 10). The Court has reviewed said Motion and other pleadings, and the Complaint has been duly filed and served upon the Defendant,

1

STRUCTURAL CONCRETE RESTORATION, INC., and the Defendant has failed to answer or otherwise plead within the statutory time frame, and an Order of Default has been entered.

THEREFORE, The Motion for Default Judgment (d/e 10) is ALLOWED. The Plaintiffs are hereby awarded a Default Judgment against Defendant, STRUCTURAL CONCRETE RESTORATION, INC., as follows:

A. Judgment is entered in favor of Plaintiff and against Defendant for its contribution report forms and the applicable late payments of contributions in the known amount of $980.72 owed by Defendant to Plaintiffs, plus the liquidated damages as a consequence of late payments for the period of July 2005, plus interest owed for late payments for the months of May and June 2005 in the amount of $103.45; and further for any additional months in which contributions at the time of Judgment have not been remitted to the Fund, plus reasonable attorney fees incurred by Plaintiffs in prosecuting this claim.

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

    C.    Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $1,396.50, as provided by ERISA, 29 U.S.C. Section 1132(g)(2); and

    D.    Defendant is ordered to pay all costs of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:  June 19, 2006.

    FOR THE COURT:

                                  s/ Jeanne E. Scott
                                  JEANNE E. SCOTT
                      UNITED STATES DISTRICT JUDGE